PERCY JACKSON, as Trustee in Bankruptcy of UNITED ENGINEERING AND CONTRACTING COMPANY, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*State — contract — claim for work done under contract for construction of Barge canal — interest.*

*Jackson v. State*, 210 App. Div. 115, affirmed.

(Argued October 22, 1925; decided November 24, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 1, 1924, modifying and affirming as modified a judgment entered upon a decision of the Court of Claims. The claim was for the value of work done by plaintiff contracting company under a contract with the State for the construction of a section of the Barge canal from the city of Lockport to Sulphur Springs lock. The Appellate Division reversed the conclusion of law of the Court of Claims to the effect that the respondent was not entitled to recover for the increased cost of excavating material along a stretch of 4,450 feet of the site of the canal under the contract, the character of which material by the contract plans was represented to be such as could be readily, easily and cheaply excavated when, in fact, the State's own investigations, not disclosed to the respondent, had shown that the material was hard, compact and difficult to excavate, and that the respondent was not entitled to interest on certain items of work performed under the contract, at contract prices, recovery of the principal of which was not disputed by the State.

*Albert Ottinger*, Attorney-General (*Albert J. Danaher* of counsel), for appellant.

*Franklin Nevins, Abram J. Rose, Asa B. Kellogg* and *T. Tileston Wells* for respondent.

Judgment affirmed, with costs, on opinion of HUBBS, P. J., below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.